IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADRIAN PLASENCIA-GARCIA<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 6:93-cr-60022-MC-1<br><br>**OPINION AND ORDER** |

MCSHANE, Judge:

Petitioner Adrian Plasencia-Garcia's Motion "To Amend Petition (Motion) for Time Reduction, and Petition (Motion) to Appoint Counsel" [#800] is **GRANTED IN PART** and **DENIED IN PART**.

Petitioner's request to amend his previous motion/petition "for time reduction" [#799] to a "Clemency Petition" is **GRANTED**. Petitioner may file a clemency petition if and when he so chooses. Any such petition must be drafted as a new and separate document directed to the appropriate agency and authority. Petitioner's request for court appointment of counsel is **DENIED** at this time.

1 – OPINION AND ORDER

Accordingly, Petitioner's "Motion For Time Reduction" [#799] is **DENIED** as moot.

IT IS SO ORDERED.

DATED this 24th day of September, 2014.

_____
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER